# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McEwen, Catherine P. | Middle District of Florida | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ✔ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Sam M. Gibbons United States Courthouse
801 N. Florida Avenue
Chamber 8B (Ste. 854)
Tampa, FL 33602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Salesian Youth Center (charitable organization) |
| 2. | Director at Large Board Member (advisory) | Hillsborough Association for Women Lawyers |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | June 2015 | Western Michigan University Cooley Law School and I have orally agreed that I will teach one semester or more per year, subject to Eleventh Circuit approval. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/2019 | Western Michigan University Cooley Law School | $4,125.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar Business Law Section | 1/16-17/19 | Orlando, FL | Mid-year meeting | Hotel, mileage, meals |
| 2. | National Conference of Bankruptcy Judges | 1/26/19 | Washington, D.C. | Legislative relations | Air fare, ground transportation, parking, meal, wifi |
| 3. | University of Miami | 6/6-7/19 | Miami, FL | Seminar speaker | Air fare, hotel, parking, meals |
| 4. | The Florida Bar Business Law Section and Federal Court Practice Committee | 6/26-28/19 | Boca Raton, FL | Annual meeting | Air fare, hotel, ground transportation, meals |
| 5. | American Bankruptcy Institute | 7/18-21/19 | Amelia Island, FL | ABI Southeast Bankruptcy Workshop | Hotel, baggage fee, ground transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **McEwen, Catherine P.** | 05/15/2020 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Jacksonville Bankruptcy Bar Association | 8/22-24/19 | Ponte Vedra Beach, FL | JBBA Annual Seminar | Hotel, mileage, meals |
| 7. | National Conference of Bankruptcy Judges | 10/30 - 11/2/19 | Washington, D.C. | Annual Conference | Air fare, hotel, baggage fee, ground transportation, parking |

| Name of Person Reporting | Date of Report |
|---|---|
| **McEwen, Catherine P.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Turnaround Management Association | Registration waivers, dinners for self and guest at the TMA Southeast Regional Conf. | $1,200.00 |
| 2. | Raymond T. and Kathleen Hyer, Gardner-Gibson, Sun Coatings | Sky box tickets to Tampa Bay Buccaneers game and food | $700.00 |
| 3. | Tampa Bay Rays Baseball | One-half suite and food (estimated) | $1,000.00 |
| 4. | Tampa Bay Bar Association | Dues waiver, luncheons, holiday party, guest lunches, happy hours (estimated) | $580.00 |
| 5. | American Bankruptcy Institute | Registration waiver, including meals, at ABI Southeast Bankruptcy Workshop | $420.00 |
| 6. | The Florida Bar | Registration waiver, dinner (View from Bench), annual meeting lunch (estimated) | $450.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. WELLS FARGO DDA/CD/Savings/MMA Accounts | A | Interest | M | T | | | | | |
| 2. State Farm Bank Account | A | Interest | J | T | | | | | |
| 3. SCHWAB IRA- Now MML INVESTORS SERVICES IRA (H) (4-40 BELOW) | | | | | | | | | |
| 4. FDRXX | A | Interest | J | T | Buy | 01/31/19 | J | | |
| 5. GSPKX | A | Int./Div. | J | T | Buy | 01/31/19 | K | | |
| 6. | | | | | Sold<br>(part) | 05/23/19 | K | A | |
| 7. GLIFX | A | Int./Div. | K | T | Buy | 01/31/19 | K | | |
| 8. | | | | | Sold<br>(part) | 05/23/19 | J | A | |
| 9. WHGIX | A | Int./Div. | J | T | Buy | 05/23/19 | J | | |
| 10. MOAT | A | Int./Div. | K | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 11. | | | | | Buy<br>(add'l) | 05/23/19 | J | | |
| 12. HEDJ | A | Int./Div. | J | T | Buy | 01/31/19 | J | | |
| 13. | | | | | Sold<br>(part) | 05/23/19 | J | A | |
| 14. EMB | A | Int./Div. | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 15. | | | | | Sold<br>(part) | 05/23/19 | J | A | |
| 16. FPE | A | Int./Div. | J | T | Buy | 05/23/19 | J | | |
| 17. REZ | A | Int./Div. | J | T | Buy | 05/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McEwen, Catherine P.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PDVYX | A | Int./Div. | | | Buy | 01/31/19 | J | | |
| 19. | | | | | Sold | 05/23/19 | J | A | |
| 20. IQFD | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 21. MLPX | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 22. EFV | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 23. EWU | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 24. QUAL | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 25. FNDE | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 26. SCHP | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 27. SPIB | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 28. EMLC | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 29. VDC | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 30. VEA | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 31. VWO | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 32. VGIT | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 33. VO | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 34. VMBS | A | Int./Div. | | | Sold | 01/30/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BSV | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 36. VBR | A | Interest | | | Sold | 01/30/19 | J | A | |
| 37. BND | A | Int./Div. | | | Sold | 01/30/19 | K | A | |
| 38. VTI | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 39. VTV | A | Int./Div. | | | Sold | 01/30/19 | J | A | |
| 40. DBEF | A | Interest | | | Sold | 01/30/19 | J | A | |
| 41. MASSMUTUAL ANNUITY IRA (H) (42-46 Below) | | | | | | | | | |
| 42. MML EQUITY | A | Int./Div. | | | Sold | 01/01/19 | L | D | |
| 43. MML GLOBAL | A | Int./Div. | | | Sold | 01/01/19 | K | C | |
| 44. MML GROWTH & INCOME | A | Int./Div. | | | Sold | 01/01/19 | L | D | |
| 45. MML MANAGED BOND | A | Int./Div. | | | Sold | 01/01/19 | M | E | |
| 46. MML MID CAP GROWTH | A | Int./Div. | | | Sold | 01/01/19 | K | C | |
| 47. MASSMUTUAL INDEX ANNUITY IRA (H) | | | | | | | | | |
| 48. S7P 500 LOW VOLATILITY INDEX | A | Int./Div. | N | T | Buy | 01/02/19 | N | | |
| 49. BANK OF AMERICA CASH ACCOUNT (PARENTS) | A | Interest | K | T | | | | | |
| 50. AMERICAN FUNDS ROTH IRA (H) (LINE 51 BELOW) | | | | | | | | | |
| 51. AF GROWTH PORTFOLIO CL A | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2:  The name of State Farm Bank will be changed to U.S. Bank in 2020.  This account is really not reportable because it has always had less than $300 in it.

Part VII, line 3:  Former Schwab IRA is now titled MML Investors Services IRA.

Part VII, Line 49:  I am a signer on my parents' regular and money market checking accounts.  Although I hold legal title, I am not a beneficial owner.

Also, as a reminder for the 2020 report, I opened savings accounts in April 2020 at Navy Federal Credit Union and Suncoast Federal Credit Union with less than $1,000 each.

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine P. McEwen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544